IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) ) ) | CASE NO.: 14-4011-JSB |
| MARIA SANDOVAL ROSALES | ) ) | |

### ORDER

Upon motion of the United States, it is hereby ORDERED that the Complaint and Affidavit are unsealed.

ENTERED, the 11th day of February, 2014.

_____
JOHN S. BRYANT
MAGISTRATE JUDGE